=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------
No. 229  SSM 21
Jason Pelletier,
          Appellant,
        v.
Brittany Lahm et al.,
          Respondents.

          Submitted by Phyllis A. Ingram, for appellant.
          Submitted by Matthew J. Zizzamia, for respondents.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, with costs, and the certified question not
answered as unnecessary.  The Appellate Division did not err in
concluding that the giving of the emergency doctrine charge was
proper because "[i]t was for the jury to find whether [defendant
driver] was faced with a sudden and unforeseen emergency not of
her own making and, if so, whether her response to the situation
was that of a reasonably prudent person" (111 AD3d 807, 809 [2d
Dept 2013]).  Chief Judge Lippman and Judges Graffeo, Read,
Smith, Pigott, Rivera and Abdus-Salaam concur.


Decided October 16, 2014